# RATES STARTING AT 6 PERCENT

**MONTHLY PAYMENT LOAN PROGRAMS - FOR YOUR BUSINESS WHEN YOU NEED IT NOW AND IN THE FUTURE!
SECURE LONGTERM CASH FOR BUSINESS EXPANSION
2 PROGRAMS WITH MONTHLY PAYMENT PLANS
APPLY ONLINE RIGHT NOW AT -**

## WORKING CAPITAL FOR CONTRACTORS

**YOU CAN BUY MATERIALS- JUST SET UP A NO COST REVOLVING LINE OF CREDIT TO HAVE MONEY TO START JOBS
ONLY PAY INTEREST WHEN YOU BORROW MONEY**

http://www.smallbusinesslineofcredit.biz
**OR CALL 888-320-7088**

REVOLVING BUSINESS LINES OF CREDIT - ONLINE APPLICATION
UP TO $100,000 - INSTANT APPROVAL - NO APPLICATION FEES
NO EARLY PAYMENT FEES       - MONTHLY REPAYMENT
MUST BE IN BUSINESS FOR 1 YEAR -  MUST HAVE MONTHLY SALES OVER $2,500
NO MORE THAN 3 NSF'S IN THE LAST 90 DAYS - MUST HAVE CREDIT OVER 540
APPLY ONLINE AT - http://www.smallbusinesslineofcredit.biz

**6 PERCENT LOANS** - http://www.sbaexpressonline.com -
LOAN AMOUNTS -$50,000 TO $150,000 -FAST CLOSINGS
Purpose: Working capital, purchase equipment
Term: Up to 10 years
Eligibility: Owner-operated and for-profit
2 years in business (minimum) -680 CREDIT
APPLY ONLINE AT http://www.sbaexpressonline.com
**OR CALL 888-320-7088**

To Opt Out of future Faxes -Cal - 8446355155