## IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| A CUSTOM HEATING & AIR CONDITIONING, INC., an Illinois corporation, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) ) |  |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | Case No. 16-cv-2513 |
| v. | ) | Hon. Harry D. Leinenweber |
|  | ) |  |
| KABBAGE, INC., CELTIC BANK CORPORATION, GULFCO LEASING LLC, MICHAEL HENRY, and JOHN DOES 1-12, | ) ) ) ) |  |
|  | ) |  |
| Defendants. | ) |  |

## DEFENDANT KABBAGE, INC.'S CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION AS TO AFFILIATES

Kabbage, Inc., by its undersigned counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedures and Local Rule 3.2, hereby makes the following Corporate Disclosure Statement and Notification as to Affiliates:

Kabbage, Inc. certifies that it does not have any parent corporations and no publicly-held corporation owns 5% or more of its stock.

Kabbage, Inc. further certifies that it has no publicly-held affiliate as defined in Local Rule 3.2.

Dated: March 16, 2016

Respectfully Submitted,

By: ___/s/ Shannon Y. Shin_____
Shannon Y. Shin (ARDC No. 6301996)
DENTONS US LLP
233 S. Wacker Drive, Suite 5900
Chicago, IL 60606
Telephone: (312) 876-8000

Facsimile:  (312) 876-7934
*shannon.shin@dentons.com*

Nathan L. Garroway (admitted *pro hac vice*)
Mark A. Silver (admitted *pro hac vice*)
DENTONS US LLP
303 Peachtree Street, NE
Suite 5300
Atlanta, GA 30308
Telephone:  (404) 527-4000
Facsimile:  (404) 527-4198
*nathan.garroway@dentons.com*
*mark.silver@dentons.com*

**Counsel for Defendant Kabbage, Inc.**

## <u>CERTIFICATE OF SERVICE</u>

I, Shannon Y. Shin, hereby certify that on March 16, 2016, the foregoing **DEFENDANT KABBAGE, INC.'S CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION AS TO AFFILIATES** was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.


<u> /s/    Shannon Y. Shin            </u>
           Shannon Y. Shin